# **EXHIBIT A**

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## James Francis Connor V

upon successful completion of

Study Course: **Christian Doctrine, Vol. 1**

Awarded the 4th  day of June,  2019.





_Joseph Webster_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME:  **James Francis Connor V**          STUDENT ID#:  433157

COURSE:  **Christian Doctrine, Vol. 1**          DATE:  6/04/19

EXAM 1: **98**          EXAM 2: **100**          EXAM 3: **100**

FINAL GRADE: **99**          CREDITS:  **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## James Francis Connor V

upon successful completion of

Study Course: **Christian Doctrine, Vol. 2**

Awarded the 9th day of July, 2019.



_____
ACADEMIC DEAN

_____
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME:  **James Francis Connor V**          STUDENT ID#:  433157

COURSE:  **Christian Doctrine, Vol. 2**          DATE:  7/09/19

EXAM 1: **98**          EXAM 2: **97**          EXAM 3: **99**

FINAL GRADE: **98**          CREDITS:  **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

**James Francis Connor V**

upon successful completion of

Study Course: __The Book of Acts, Vol. 1__

Awarded the 13th  day of August,  2019.

_Joseph Wehby_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME:  **James Francis Connor V**          STUDENT ID#:  433157

COURSE:  **The Book of Acts, Vol. 1**          DATE:  8/13/19

EXAM 1: **100**          EXAM 2: **100**          EXAM 3: **98**

FINAL GRADE: **99**          CREDITS:  **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## James Francis Connor V

upon successful completion of

Study Course: **The Book of Acts, Vol. 2**

Awarded the 17th  day of September,  2019.


ACADEMIC DEAN

 

_Mrs. Gwen Wadell_
REGISTRAR



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME:  **James Francis Connor V**          STUDENT ID#:  433157

COURSE:  **The Book of Acts, Vol. 2**          DATE:  9/17/19

EXAM 1: **99**          EXAM 2: **96**          EXAM 3: **98**

FINAL GRADE: **98**          CREDITS:  **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ..63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## James Francis Connor V

upon successful completion of

Study Course: **Gospel of Mark**

Awarded the 22nd  day of October,  2019.





_Joseph Welch_
———————————————
ACADEMIC DEAN

_Mrs. Gwen Wadell_
———————————————
REGISTRAR



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME:  **James Francis Connor V**          STUDENT ID#:  433157

COURSE:  **Gospel of Mark**          DATE:  10/22/2019

EXAM 1: **99**          EXAM 2: **100**          EXAM 3: **97**

FINAL GRADE: **99**          CREDITS:  **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

**James Francis Connor V**

upon successful completion of

Study Course: **Galatians & Philippians**

Awarded the 26th day of November, 2019.

_Joseph Welch_
ACADEMIC DEAN

_Mrs. Susan Wodell_
REGISTRAR

ABA

PRISON OUTREACH
ARM
INTERNATIONAL

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME: **James Francis Connor V**          STUDENT ID#: 433157

COURSE: **Galatians & Philippians**          DATE: 11/26/2019

EXAM 1: **98**          EXAM 2: **100**          EXAM 3: **98**

FINAL GRADE: **99**          CREDITS: **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## James Francis Connor V

upon successful completion of

Study Course: **Christian Doctrine, Vol. 3**

Awarded the 7th day of January, 2020.

_Joseph Welch_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR



---

**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME: **James Francis Connor V**          STUDENT ID#: 433157

COURSE: **Christian Doctrine, Vol. 3**          DATE: 1/07/20

EXAM 1: **100**          EXAM 2: **100**          EXAM 3: **99**

FINAL GRADE: **99**          CREDITS: **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.

Websites: www.abarc.org • www.arm.org



# Christian Library®

### INTERNATIONAL

*Advancing Christ's Light in Prisons*

affirms that

*James Connor V*

has successfully completed the

**CLI "WHO IS GOD?" STUDY**

administered from CLI, Raleigh, North Carolina

This day Monday, July 15, 2019

*Be strong and courageous, because you will lead these people to inherit the land I swore to their forefathers to give them.*

*Joshua 1:6 NIV*

חֲזַק וֶאֱמָץ חֲזַק וֶאֱמָץ חֲזַק וֶאֱמָץ חֲזַק וֶאֱמָץ חֲזַק וֶאֱמָץ חֲזַק וֶאֱמָץ



# Mount Hope Prison Ministry

*is honored to present this*

## *Certificate of Completion*

**to**

## Mr. James F. Connor V

*For satisfactorily completing the Bible Correspondence Course*

## Basic Bible Beliefs

*on October 8, 2019*

Chaplain W S [illegible]

Executive Director

© GOES 3462

LITHO IN U.S.A.



# CROSSROADS

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

# James F. Connor V.

HAS SUCCESSFULLY COMPLETED

## WHO ARE YOU?

Lisa Blystra
President & CEO, Crossroads

June 25, 2019

Date

# Certificate of Completion

This certifies that

## James T Connor V

Has successfully completed the

## Lessons from the Lives of Biblical Characters

Correspondence Course

Through

**Evangel Prison Ministries**
PO Box 19229
Louisville, KY 40259



_Pam Wilhite_
Signature

_July 24, 2019_
Date

# Certificate of Completion

*This certifies that*

## *James F. Connor V. (J.C.)*

*Has successfully completed the*

### *Lessons from the Lives of Biblical Characters*
### *Book 2*

*Correspondence Course*

*Through*
**Evangel Prison Ministries**
*PO Box 19229*
*Louisville, KY 40259*

*Pam Wilhite*

Signature



*August 21, 2019*

Date

# Certificate of Completion

This certifies that

## James F. Connor V (J.C.)

Has successfully completed the

### Betrayal to Forgiveness

Insights from the Life of Joseph Correspondence Course

Through
**Evangel Prison Ministries**
PO Box 19229
Louisville, KY 40259

_Kevin B. Miller_
Signature

_October 9, 2019_
Date

# Certificate of Completion

This certifies that

*James F Connor V*

Has successfully completed the

## Praying In Faith

Bible Study Correspondence Course

Through

**Evangel Prison Ministries**
PO Box 19229
Louisville, KY 40259



*Dr. Bob Rodgers*

Pastor's Signature

*November 20, 2019*

Date

# Certificate Of Completion

*This is to certify that*

# James Connor

has completed the music course at

# Federal Detention Center, Philadelphia, PA

# Music Class

*October – November 2019*

_____
Recreation Department

_____
C. Cooper, Recreation Specialist

# PMI Center for Biblical Studies

**Arab, Alabama**

**This is to certify that**

JAMES F. CONNER

**has successfully completed the 8 Bible Study Lessons required for the**

## FOUNDATIONS OF THEOLOGY

**January 4, 2020** A.D.

Dr. Ted D. Horton, President

Dr. Michael L. Johnston, Founder

Dr. Jeffery Mims, Dean

Steve Boling, Registrar

Let It Be Known To All

*James F. Connor, V*

Has completed the prescribed courses of study, and
as such is recognized as an honored graduate of the

Central Church
Basic Bible Study Series

Bestowed this the 6th day of December in the year of OUR LORD 2019


_____
Date
12/6/2019


**CENTRAL CHURCH**


_____
Authorized Signature

AMERICAN BIBLE ACADEMY
P.O. Box 1627
Joplin, MO 64802

OFFICIAL STUDENT TRANSCRIPT

James Francis Connor V
      REG# 72424-066
FDC Philadelphia   7 South
PO Box 562
Philadelphia, PA 19105

STUDENT ID:        433157

DATE ISSUED:    1/08/2020

DATE ENROLLED:  1/02/2019

| COURSE NUMBER | COURSE DESCRIPTION | DATE COMPLETED | CREDITS | GRADE |
|---|---|---|---|---|
| 001 | The Gospel of John | 4/16/2019 | NON-CRD | 98 |
| 102-1 | Christian Doctrine, Vol. 1 | 6/04/2019 | 1 | 99 |
| 102-2 | Christian Doctrine, Vol. 2 | 7/09/2019 | 1 | 98 |
| 002-1 | The Book of Acts, Vol. 1 | 8/13/2019 | 1 | 99 |
| 002-2 | The Book of Acts, Vol. 2 | 9/17/2019 | 1 | 98 |
| 104 | Gospel of Mark | 10/22/2019 | 1 | 99 |
| 105 | Galatians & Philippians | 11/26/2019 | 1 | 99 |
| 107 | Christian Doctrine, Vol. 3 | 1/07/2020 | 1 | 99 |

The Grading system used by ABA is as follows:

| | | | |
|---|---|---|---|
| A+ | 99-100 | C+ | 77-79 |
| A | 95-98 | C | 74-76 |
| A- | 90-94 | C- | 70-73 |
| B+ | 87-89 | D+ | 67-69 |
| B | 84-86 | D | 64-66 |
| B- | 80-83 | D- | 60-63 |
| | | F | 0-59 |

Not valid as an official transcript without the signature of the ABA Registrar or the ABA Director and the raised Seal of the American Bible Academy.

Signature: *Mrs. Steven Wadell*

Please visit our websites www.abarc.org and www.arm.org



**LIFE'S KEY**
He who has the Son has life. ~ 1 John 5:12 ~

Everyday Publications

Certifying that
**James Connor**
has successfully completed
Forgiving and Being Forgiven
by correspondence

7 / 15 / 2019 — Date
98% — Grade

ECS MINISTRIES
The Word to the World

Tim Priano
**Tim Priano, Director**

---

**LIFE'S KEY**
He who has the Son has life. ~ 1 John 5:12 ~

Everyday Publications

Certifying that
**James Connor**
has successfully completed
God Is There
by correspondence

6 / 24 / 2019 — Date
99% — Grade

ECS MINISTRIES
The Word to the World

Tim Priano
**Tim Priano, Director**

---

**LIFE'S KEY**
He who has the Son has life. ~ 1 John 5:12 ~

Everyday Publications

Certifying that
**James Connor**
has successfully completed
Doing Time With Jesus
by correspondence

6 / 24 / 2019 — Date
98% — Grade

ECS MINISTRIES
The Word to the World

Tim Priano
**Tim Priano, Director**

# LIFE'S KEY

He who has the Son has life.   ~ 1 John 5:12 ~



Certifying that

**James Connor**
has successfully completed

Securely Saved and Sure of It!
by correspondence



Tim Priano

12 / 9 / 2019     97%
Date            Grade

Tim Priano, Director

# LIFE'S KEY

He who has the Son has life.   ~ 1 John 5:12 ~





Certifying that

**James Connor**
has successfully completed

New Testament Survey
by correspondence



Tim Priano

12 / 9 / 2019     99%
Date            Grade

Tim Priano, Director

# LIFE'S KEY

He who has the Son has life.   ~ 1 John 5:12 ~





Certifying that

**James Connor**
has successfully completed

Perfect Person Perfect Work
by correspondence



Tim Priano

11 / 11 / 2019     100%
Date             Grade

Tim Priano, Director



**LIFE'S KEY**
He who has the Son has life.    ~ 1 John 5:12 ~



Everyday
Publications

Certifying that

**James Connor**
has successfully completed

The Source of Life
by correspondence

ECS
M I N I S T R I E S
*The Word to the World*

*Tim Priano*

9 / 9 / 2019        100%
Date              Grade

Tim Priano, Director

---



**LIFE'S KEY**
He who has the Son has life.    ~ 1 John 5:12 ~



Everyday
Publications

Certifying that

**James Connor**
has successfully completed

Good News for All
by correspondence

ECS
M I N I S T R I E S
*The Word to the World*

*Tim Priano*

9 / 9 / 2019        98%
Date              Grade

Tim Priano, Director

---



**LIFE'S KEY**
He who has the Son has life.    ~ 1 John 5:12 ~



Everyday
Publications

Certifying that

**James Connor**
has successfully completed

Men Who Met the Master
by correspondence

ECS
M I N I S T R I E S
*The Word to the World*

*Tim Priano*

8 / 12 / 2019        97%
Date              Grade

Tim Priano, Director

**LIFE'S KEY**

He who has the Son has life.     ~ 1 John 5:12 ~



Certifying that
**James Connor**
has successfully completed
What the Bible Teaches
by correspondence



11 / 11 / 2019     98%

Date          Grade

Tim Priano, Director

---

**LIFE'S KEY**

He who has the Son has life.     ~ 1 John 5:12 ~





Certifying that
**James Connor**
has successfully completed
Proverbs for Life
by correspondence



10 / 14 / 2019     98%

Date          Grade

Tim Priano, Director

---

**LIFE'S KEY**

He who has the Son has life.     ~ 1 John 5:12 ~

Certifying that
**James Connor**
has successfully completed
I'll Take the High Road
by correspondence





10 / 14 / 2019     89%

Date          Grade



Tim Priano, Director

*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

### James Connor, V

*For having successfully completed with honors the course of*

## Dealing With Guilt

*October 28, 2019*

Course Grade    **105**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

### James Connor, V

*For having successfully completed with honors the course of*

## Breaking the Bondage

*October 28, 2019*

Course Grade    **102**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

### James Connor, V

*For having successfully completed with honors the course of*

## John

*October 28, 2019*

Course Grade    **103**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

### James Connor, V

*For having successfully completed with honors the course of*

## How to be an Overcomer

*October 28, 2019*

Course Grade    **105**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*
# Discipleship Institute
*Certificate of Completion*

*Presented To*

## James Connor, V

*For having successfully completed with honors the course of*
### New Beginnings Part II

*October 28, 2019*

Course Grade    **101**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*
# Discipleship Institute
*Certificate of Completion*

*Presented To*

## James Connor, V

*For having successfully completed with honors the course of*
### New Beginnings Part I

*October 28, 2019*

Course Grade    **105**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*
# Discipleship Institute
*Certificate of Completion*

*Presented To*

## James Connor, V

*For having successfully completed with honors the course of*
### Romans

*October 28, 2019*

Course Grade    **98**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*
# Discipleship Institute
*Certificate of Completion*

*Presented To*

## James Connor, V

*For having successfully completed with honors the course of*
### Prayer

*October 28, 2019*

Course Grade    **105**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*
## Discipleship Institute
*Certificate of Completion*

*Presented To*

*James Connor, V*

*For having successfully completed with honors the course of*

### Born A Slave to Sin

*August 12, 2019*

Course Grade **104**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*
## Discipleship Institute
*Certificate of Completion*

*Presented To*

*James Connor, V*

*For having successfully completed with honors the course of*

### Temptation

*October 28, 2019*

Course Grade **105**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*
## Discipleship Institute
*Certificate of Completion*

*Presented To*

*James Connor, V*

*For having successfully completed with honors the course of*

### Baptism

*August 12, 2019*

Course Grade **97**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*
## Discipleship Institute
*Certificate of Completion*

*Presented To*

*James Connor, V*

*For having successfully completed with honors the course of*

### Assurance

*August 12, 2019*

Course Grade **105**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



Rock of Ages Prison Ministry
## Discipleship Institute
Certificate of Completion

Presented To

### James Connor, V

For having successfully completed with honors the course of

## Repentance

July 01, 2019

**Course Grade   105**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



Dr. Charles W. Long

Director of Discipleship Institute
Cleveland, Tennessee

---

Rock of Ages Prison Ministry
## Discipleship Institute
Certificate of Completion

Presented To

### James Connor, V

For having successfully completed with honors the course of

## Bible

August 12, 2019

**Course Grade   105**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



Dr. Charles W. Long

Director of Discipleship Institute
Cleveland, Tennessee

---

Rock of Ages Prison Ministry
## Discipleship Institute
Certificate of Completion

Presented To

### James Connor, V

For having successfully completed with honors the course of

## Regeneration

July 01, 2019

**Course Grade   105**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



Dr. Charles W. Long

Director of Discipleship Institute
Cleveland, Tennessee

---

Rock of Ages Prison Ministry
## Discipleship Institute
Certificate of Completion

Presented To

### James Connor, V

For having successfully completed with honors the course of

## Faith

July 01, 2019

**Course Grade   105**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15





Dr. Charles W. Long

Director of Discipleship Institute
Cleveland, Tennessee

Rock of Ages Prison Ministry

## Discipleship Institute

*Certificate of Completion*

*Presented To*

**James Connor, V**

*For having successfully completed with honors the course of*

## Why be Born Again

*July 01, 2019*

**Course Grade   105**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

Rock of Ages Prison Ministry

## Discipleship Institute

*Certificate of Completion*

*Presented To*

**James Connor, V**

*For having successfully completed with honors the course of*

## Root of Bitterness

*July 01, 2019*

**Course Grade   105**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

Rock of Ages Prison Ministry

## Discipleship Institute

*Certificate of Completion*

*Presented To*

**James Connor, V**

*For having successfully completed with honors the course of*

## That Ye May Know

*June 08, 2019*

**Course Grade   100**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

# GOSPEL ECHOES TEAM
## CERTIFICATE

*This certifies that* James F. Connor V J.C.
*has successfully completed the*

### GOSPEL ECHOES TEAM
SCHOOL OF CORRESPONDENCE BIBLE STUDIES BASIC COURSE



1. God's Great Love
2. Growing in the Christian Life
3. Sharing Your Christian Faith
4. Growing Toward Maturity

*Date Granted* 12-1-19

Wilmer

*Bible Course Instructor*

---

**all things through Christ who strengthens me**
*– Philippians 4:13*

## JAMES  F  CONNOR

*has successfully completed the*

# INTRODUCTORY

*Bible study as administered by*



*So if the Son sets you free, you will be free indeed.*
*– John 8:36*

Dwight Anderson

**2019/06/12**

Executive Director                                    Date

*Be diligent to present yourself approved to God, a worker who does not need to be ashamed, rightly dividing the word of truth.*
*– 2 Timothy 2:15*

## Prisoners for Christ Outreach Ministries

*Recognizes*

### James F. Connor, V

*as having successfully completed*

**Basic Beliefs**

*from the*

## PFC Bible Study Correspondence School

*Conferred this* **8th** *Day of* **July, 2019**

E. Von Tobel
esident

Robert F. Jordan
**Chairman of the Board**

---

## Prisoners for Christ Outreach Ministries

*Recognizes*

### James F. Connor,

**Parables of Jesus-I**

*from the*

## PFC Bible Study Correspondence School

*Conferred this* **4th** *Day of* **November, 2019**

E. Von Tobel
esident

Robert F. Jordan
**Chairman of the Board**