# **EXHIBIT B**

```
██████        *          INMATE EDUCATION DATA       *      01-03-2020
PAGE 001 OF 001 *              TRANSCRIPT            *       14:08:15

REGISTER NO: 72424-066    NAME..: CONNOR                  FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: PHL-PHILADELPHIA FDC

-------------------------  EDUCATION INFORMATION  --------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
PHL  GED UNK    GED STATUS UNKNOWN           10-01-2015 1711 CURRENT

---------------------------  EDUCATION COURSES  ----------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
PHL M      INVESTING IN REAL ESTATE     08-30-2019 09-15-2019  P   C  P   10
PHL M      MONEY SMART - KEEP IT SAFE   08-01-2019 08-02-2019  P   C  P    2
PHL M      MONEY SMART - TO YOUR CREDIT 08-06-2019 08-07-2019  P   C  P    2
PHL M      MONEY SMART - CHARGE IT RIGHT 08-15-2019 08-16-2019 P   C  P    2
PHL M      MONEY SMART - LOAN TO OWN    08-08-2019 08-09-2019  P   C  P    2
PHL M      MONEY SMART - YOUR OWN HOME  08-13-2019 08-14-2019  P   C  P    2
PHL M      MONEY SMART -PAY YRSELF FIRST 07-16-2019 07-17-2019 P   C  P    2
PHL M      MONEY SMART - MONEY MATTERS  07-09-2019 07-10-2019  P   C  P    2
PHL M      MONEY SMART - CHECK IT OUT   07-02-2019 07-03-2019  P   C  P    2
PHL M      MONEY SMART - BORROWING BASICS 06-25-2019 06-26-2019 P  C  P    2
PHL M      MONEY SMART - BANK ON IT     06-18-2019 06-19-2019  P   C  P    2
PHL M      CDL AIRBRAKES WEEK 4         02-01-2019 02-02-2019  P   C  P    2
PHL M      CDL DRIVING A SCHOOL BUS     04-15-2019 04-16-2019  P   C  P    2
PHL M      CDL VEHICLE INSPECT/CONTRL TST 04-22-2019 04-23-2019 P  C  P    2
PHL M      CDL COMBINATION,DOUBLE,TRIPLE 02-08-2019 02-09-2019 P   C  P    2
PHL M      CDL DRIVING SAFETY & INTRODUCT 02-02-2019 02-07-2019 P  C  P    4




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```